## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE NECK HAMMOCK, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JING LUO, an individual, and JOHN DOES 1 through 10, doing business as "MIGO" and "CosyFame" on www.amazon.com,<br><br>    Defendants. | **Case No: 2:19-cv-00518-DAK-DBP**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DISCOVERY AFTER DEFAULT**<br><br>**District Judge Dale A. Kimball**<br>**Magistrate Judge Dustin B. Pead**<br><br>**JURY DEMANDED** |

This matter came before the Court on Plaintiff's Motion for Discovery After Default ("the Motion"). Having considered the Motion, and for good cause appearing, it is hereby ORDERED:

(A)  The Motion is GRANTED.

(B)  Plaintiff The Neck Hammock may issue a subpoena to non-party Amazon.com requesting sales information for infringing products sold by Defendant Jing Luo.

DATED this 15 January 2020.

_____
Dustin B. Pead
United States Magistrate Judge